UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00319-MOC

| | |
|---|---|
| **HASSAAN HAAKIM RASHAAD,** | ) |
| Petitioner, | ) |
| Vs. | ) ORDER OF STAY IN JOHNSON |
| | ) PLACEHOLDER CASE |
| **UNITED STATES OF AMERICA** | ) |
| Respondent. | ) |

**THIS MATTER** is before the court on the court's own Motion to Stay Consideration of Motion under 28 U.S.C. § 2255. Having considered such motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's own Motion to Stay Consideration of Motion under 28 U.S.C. § 2255 is **GRANTED**, and this matter is **STAYED** pending resolution of petitioner's Section 2244 Motion for Leave to File a Second or Successive Petition before the Court of Appeals for the Fourth Circuit.

This stay shall dissolve without further Order when counsel for petitioner files either a Motion for Entry of Screening Order or a Notice of Voluntary Dismissal, and such shall be filed promptly after the Fourth Circuit issues its determination.

Signed: June 17, 2016

Max O. Cogburn Jr
United States District Judge