UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-319-MOC
(3:01-cr-195-MOC-1)

| | | |
|---|---|---|
| HASSAAN HAAKIM RASHAAD, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court upon Respondent's unopposed Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. (Doc. No. 5.) Having considered the Motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (Doc. No. 5) is **GRANTED**, and this matter is **HELD** in abeyance pending issuance of a decision by the United States Supreme Court in Beckles v. United States, No. 15-8455, and the Fourth Circuit Court of Appeals in United States v. Ali, No. 15-4433. After issuance of the later of those decisions, Respondent shall have 60 days to file an answer, motion, or response to Petitioner's § 2255 Motion to Vacate.

Signed: December 19, 2016

Max O. Cogburn Jr.
United States District Judge

1